UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ZERAVICA, JOHN | § | Case No. 09-16335 |
| ZERAVICA, MARGARET | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on December 21, 2012 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 11/12/2012     By: /s/JOHN E. GIERUM
                                                   Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: ZERAVICA, JOHN | § | Case No. 09-16335 |
| ZERAVICA, MARGARET | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 8,005.68 |
| *and approved disbursements of* | $ | 385.64 |
| *leaving a balance on hand of* [1] | $ | 7,620.04 |

**Balance on hand:**   $   7,620.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   7,620.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 1,550.57 | 0.00 | 1,550.57 |

Total to be paid for chapter 7 administration expenses:   $   1,550.57
Remaining balance:   $   6,069.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   6,069.47

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,069.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 177,169.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CHASE BANK USA | 11,912.84 | 0.00 | 408.12 |
| 2 | Bank of America, N.A. | 104,498.16 | 0.00 | 3,579.90 |
| 3 | Bank of America, N.A. | 41,386.32 | 0.00 | 1,417.81 |
| 4 | Elan Financial Services | 19,371.84 | 0.00 | 663.64 |

Total to be paid for timely general unsecured claims: $ 6,069.47
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 09-16335-ABG
John Zeravica  Chapter 7
Margaret Fay Zeravica
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: adragonet      Page 1 of 2      Date Rcvd: Nov 13, 2012
                      Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2012.
```
db            #+John Zeravica,   224 E. Center Ave.,   Lake Bluff, IL 60044-2504
jdb           #+Margaret Fay Zeravica,   224 E. Center Ave.,   Lake Bluff, IL 60044-2504
13886799     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
             (address filed with court: BMW Financial,    Customer Service Center,    P.O. Box 3608,
               Dublin, OH 43016-0306)
13886797      +Bank Of America Amex,   Po Box 15726,   Wilmington, DE 19886-5726
13886798      +Bank Of America Bus. Credit Line,   Po Box 15726,   Wilmington, DE 19886-5726
14241404      +Bank of America, N.A.,   c/o Barnes & Thornburg LLP,   One North Wacker Drive,
                Chicago, Illinois 60606-2807
14156354      +CHASE BANK USA,   PO BOX 15145,    WILMINGTON, DE 19850-5145
13886800      +Chase United Visa,   Po Box 15153,   Wilmington, DE 19886-5153
13886802      +Harris Bank,    824 N. Western Ave.,   Lake Forest, IL 60045-1703
13886805      +Spiegal & Utrera P.A.,   123 W. Madison St.,   Suite 806,   Chicago, IL 60602-4620
14368365     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,    P.O. Box 5229,   Cincinnati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13886804      +E-mail/Text: bnc@nordstrom.com Nov 14 2012 04:31:01     Nordstrom Bank,   Po Box 79134,
                Phoenix, AZ 85062-9134
                                                                                              TOTAL: 1
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13886803*     +Harris Bank,    824 N. Western Ave.,   Lake Forest, IL 60045-1703
13886801*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,   Po Box 790408,   St. Louis, MO 63179-0408)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2012**         **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: adragonet              Page 2 of 2                  Date Rcvd: Nov 13, 2012
                              Form ID: pdf006              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2012 at the address(es) listed below:
        David P Leibowitz    on behalf of Debtor John Zeravica dleibowitz@lakelaw.com, czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
        John E Gierum    on behalf of Trustee John Gierum jgierum@7trustee.net, joanne@gierummantas.com;karen@gierummantas.com
        John E Gierum    jgierum@7trustee.net, IL25@ecfcbis.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 4